# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PINNACLE CONSULTING ENTERPRISES, INC.**,
Appellant,

v.

**CARLOS ALEJANDRO LILLO, CERYMAR ATSIOGE LORA VALERIO, LEAD ENGINEERING CONTRACTORS, LLC,** and **HNTB CORPORATION,**
Appellees.

No. 4D2023-1144

[July 25, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Shari Africk Olefson, Judge; L.T. Case No. CACE22004434.

Dwon A. Huggins and Neil P. Robertson of Daniels, Rodriguez, Berkeley, Daniels, & Cruz, P.A., Fort Lauderdale, for appellant.

Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, and Jordan Kirby of Rubenstein Law, Miami, for appellees.

Curtis L. Brown and J. Michael Moorhead of Wright, Fulford, Moorhead & Brown, P.A., Altamonte Springs, for Amicus Curiae-The American Counsel of Engineering Companies of Florida.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY, AND ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***